UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 04 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SUBBAIAH MURUGESAN,<br><br>          Plaintiff - Appellant,<br><br>   v.<br><br>L & T GROUP OF COMPANIES, LTD.,<br><br>          Defendant - Appellee. | No. 09-16342<br><br>D.C. No. 1:08-cv-00044<br>District of the Northern Mariana Islands<br><br>ORDER |

The appellant's opening brief was due November 16, 2009. The opening brief has not been filed. Accordingly, this case is dismissed for failure to prosecute. 9th Cir. R. 42-1. A copy of this order sent to the district court shall act as and for the mandate of this court.

The appellee's motion to dismiss is denied as moot.

                                              For the Court:
                                              MOLLY C. DWYER
                                              Clerk of the Court

                                              Teresa A. Haugen, Deputy Clerk
                                              9th Cir. R. 27-7/Advisory Note to R. 27
                                                    and 9th Cir. R. 27-10

tah/03.01.10/Pro Mo