FILED

UNITED STATES COURT OF APPEALS

APR 07 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SUBBAIAH MURUGESAN, | No. 09-16342 |
| Plaintiff - Appellant, | D.C. No. 1:08-cv-00044 |
| v. | District of the Northern Mariana Islands |
| L & T GROUP OF COMPANIES, LTD., | |
| Defendant - Appellee. | ORDER |

Before: Peter L. Shaw, Appellate Commissioner

The appellant's motion for reconsideration is construed as a motion for reinstatement of the case and is denied without prejudice to the appellant filing, within 45 days after the date of this order, a renewed motion accompanied by the opening brief.  *See* General Order 2.4, General Orders for the United States Court of Appeals for the Ninth Circuit (a motion to reinstate must be accompanied by correction of the defect that caused dismissal).

If the appellant submits a renewed motion, the remainder of the briefing schedule will be reset, if appropriate, upon resolution of the motion.

tah/04.05.10/Pro Mo

The motion is construed in part as the appellant's notice that he is proceeding pro se.  The Clerk shall amend court records to reflect the change.  The Clerk shall provide the appellant with a copy of the court's pro se informational packet along with this order, to the following address:  P.O. Box 502452 Saipan, MP, 96950.

If the appellant retains new counsel, new counsel shall file a notice of appearance with the court.